UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEX JEROME FABRE | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2990 |
| RHONDA LEDET, ET AL. | * | SECTION "A"(2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Additionally, the Court notes that the plaintiff was released from the facility at issue prior to the Report and Recommendation being issued. The plaintiff did not notify the Court of his new and current mailing address so the Report and Recommendation was returned in October 2022 as undeliverable. Local Rule 41.3.1 specifically allows for dismissal when no correction is made to the address for a period of 35 days from return. Five months have passed yet the plaintiff has not provided notice of his new address. Therefore,

**IT IS ORDERED** that plaintiff Alex Jerome Fabre's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE**.

March 20, 2023

_____
**UNITED STATES DISTRICT JUDGE**